UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID M. TROTMAN,

                Plaintiff

-against-

J. DOE, PROSECUTOR NY SUPREME, ET AL.,

                Defendants.

24-CV-5409 (LTS)

CIVIL JUDGMENT

---

    For the reasons stated in the Court's Order of Dismissal, dated September 23, 2024, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  September 25, 2024
         New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                          Chief United States District Judge